UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARA VARGAS,

    Plaintiff,                                  No. 14-10493

v.                                              District Judge David M. Lawson
                                                  Magistrate Judge R. Steven Whalen

CITY OF NOVI, MACY'S, KELLY
SERVICES, INFO TREE SERVICES,
UNITED STATES ATTORNEY, LEE
GAVIN, ATTORNEY GENERAL OF
THE STATE OF MICHIGAN, NISSAN
MOTOR COMPANY, INC., and UNITED
STATES DEPARTMENT OF JUSTICE,

    Defendant.
_____/

**ORDER**

      Before the Court is Plaintiff's self-styled Motion to Remove Case from District Court [Doc.#21]. It appears that when Plaintiff refers to "District Court," she means the 52-1 District Court for the City of Novi; when she refers to "federal court," she means this Court. Hence, she is asking that her now-closed criminal cases in the 52-1 District Court be removed to this Court, where she has filed the present civil action. The basis for this request is that she wants the transcripts and records from her state criminal case filed in the present case.

      There is no legal basis for "removing" a closed state criminal case to this Court. If Plaintiff believed that public records from the 52-1 District Court were relevant to her claims, she had the ability to obtain them. In fact, the Plaintiff appended some of those records to her complaint, and the Defendant City of Novi supplied pertinent records from the criminal case to its motion to dismiss. Finally, on January 17, 2015, I filed a Report

and Recommendation that the City of Novi be dismissed, in part on the basis of *res judicata*. *See* Doc. #105.

Accordingly, Plaintiff's Motion to Remove Case from District Court [Doc.#21] is DENIED.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 21, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager