UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARA VARGAS,

        Plaintiff,               No. 14-10493

v.                          District Judge David M. Lawson
                          Magistrate Judge R. Steven Whalen

CITY OF NOVI, MACY'S, KELLY
SERVICES, INFO TREE SERVICES,
UNITED STATES ATTORNEY, LEE
GAVIN, ATTORNEY GENERAL OF
THE STATE OF MICHIGAN, NISSAN
MOTOR COMPANY, INC., and UNITED
STATES DEPARTMENT OF JUSTICE,

        Defendant.

_____ /

**ORDER**

Before the Court is Defendant City of Novi's Motion to Strike Pleadings [Doc. #83]. Specifically, Defendant asks the Court to strike Plaintiff's motions filed at Doc. #80 and Doc. #81.

While Defendant's arguments are well-taken, I have in fact entered orders denying the Plaintiff's motions. Therefore, the Motion to Strike [Doc. #83] is DENIED AS MOOT.

IT IS SO ORDERED.

                          s/R. Steven Whalen
                          R. STEVEN WHALEN
                          UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to parties of record on January 21, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager